UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YONG F. YE, GUO W. LI, LI R. YOU, LI S.
YOU, and ZHI L. XIE,

          Plaintiffs,

   - against -

85 FOURTH AVENUE INC., ROSIE CHIN
a.k.a. HEONG TING GEOK a.k.a. HEONG G.
CHIN a.k.a. CHIN G. HEONG, and CHIN
CHEOW CHIN a.k.a. PATRICK CHIN a.k.a.
CHIN C. HEOW a.k.a. CHIN C. CHEOW,

          Defendants.

------------------------------------x

07 Civ. 6897 (BSJ)

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK  )
                         : ss
COUNTY OF NEW YORK  )

      DONOVAN ANDERSON, being duly sworn, deposes and says:

      That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on July 31, 2007 at approximately 9:20 P.M. at 2510 85th Street, Brooklyn, New York 11214 I served the Summons, Complaint, Civil Cover Sheet, Individual Practices of Judge Barbara S. Jones, Individual Practices of Magistrate Judge

James C. Francis, by hand, upon 85 Fourth Avenue Inc. by delivering a true copy of each to Chin Cheow Chin. The person served identified himself to me to be Patrick Chin; and that said individual was a white skin Asian male, approximately 45 years of age, 160 lbs, 5 feet 4 inches tall, with brown hair.

_____
DONOVAN ANDERSON

Sworn to before me this
1st day of August, 2007.

_____
Notary Public

MELISSA GANGADIN
Notary Public, State of New York
NO. 01GA6104437
Qualified in Queens County
Commission Expires Jan. 20, 2008

2