UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONG F. KE, GUO W. LI, LI R. YOU, LI S. YOU, and
ZHI L. XIE,

                    Plaintiffs,

              - against -

85 FOURTH AVENUE INC., ROSIE CHIN a.k.a. HEONG
TING GEOK a.k.a. HEONG G. CHIN a.k.a. CHIN G.
HEONG, and CHIN CHEOW CHIN a.k.a. PATRICK
CHIN a.k.a. CHIN C. HEOW a.k.a. CHIN C. CHEOW,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-6897 (BSJ)

NOTICE OF APPEARANCE

Electronically Filed

      PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 22, 2007

                              DAVIS POLK & WARDWELL

                              By:    s/ William R. Miller
                                    William R. Miller (WM-9975)
                                    450 Lexington Avenue
                                    New York, NY 10017
                                    (212) 450-4815
                                    william.miller@dpw.com
                                    *Attorney for Plaintiffs*

| | |
|---|---|
| Filename: | notice appearance miller (2).doc |
| Directory: | C:\Documents and Settings\tsaneva\Cache\tsaneva\OLK5AE |
| Template: | F:\apps\word2002\Templates\Litigation\litigation.dot |
| Title: | [COURT] |
| Subject: | |
| Author: | vcolopri |
| Keywords: | |
| Comments: | |
| Creation Date: | 8/20/2007 9:52:00 PM |
| Change Number: | 3 |
| Last Saved On: | 8/20/2007 9:54:00 PM |
| Last Saved By: | wmiller |
| Total Editing Time: | 2 Minutes |
| Last Printed On: | 8/22/2007 11:56:00 AM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 |
|    Number of Words: | 266 (approx.) |
|    Number of Characters: | 947 (approx.) |