UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONG F. KE, GUO W. LI, LI R. YOU, LI S. YOU, and
ZHI L. XIE,

                      Plaintiffs,

    - against -

85 FOURTH AVENUE INC., ROSIE CHIN a.k.a. HEONG
TING GEOK a.k.a. HEONG G. CHIN a.k.a. CHIN G.
HEONG, and CHIN CHEOW CHIN a.k.a. PATRICK
CHIN a.k.a. CHIN C. HEOW a.k.a. CHIN C. CHEOW,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-6897 (BSJ)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby respectfully enters his appearance as an attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
        November 30, 2007

                      DAVIS POLK & WARDWELL

                      By:    s/ Matteo J. Rosselli
                          Matteo J. Rosselli (MR-6422)
                          450 Lexington Avenue
                          New York, NY 10017
                          (212) 450-4921
                          matteo.rosselli@dpw.com
                          *Attorney for Plaintiffs*