UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Yong F. Ke, et al

v.

85 Fourth Ave., Inc

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE    2/15/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6897 (BSJ)(JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
          2/15/08

/s/ Barbara S. Jones
United States District Judge