UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
YONG F. KE, GUO W. LI, LI R. YOU,          :
LI S. YOU, AND ZHI L. XIE,                 :
:
Plaintiffs,         :
:
- against -                  :   No. 07-CV-6897 (BSJ)
:
:   NOTICE OF APPEARANCE
85 FOURTH AVENUE INC., ROSIE CHIN          :
a.k.a. HEONG TING GEOK a.k.a. HEONG G.     :
CHIN a.k.a. CHING G. HEONG, and CHIN       :
CHEOW CHIN a.k.a. PATRICK CHIN a.k.a.      :
CHIN C. HEOW a.k.a. CHIN C. CHEOW,         :
:
Defendants.         :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
       April 8, 2008

                        DAVIS POLK & WARDWELL

                        By:  /s Jane H. Yoon
                             Jane H. Yoon (JY-0115)
                             450 Lexington Avenue
                             New York, New York  10017
                             (212) 450-4466
                             jane.yoon@dpw.com
                             *Attorneys for Plaintiffs*