```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
YONG F. KE, GUO W. LI, LI R. YOU,    : 07 Civ. 6897 (BSJ) (JCF)
LIS YOU, and ZHI L. XIE,             :
                                     :        O R D E R
            Plaintiffs,              :
                                     :
    - against -                      :
                                     :
85 FOURTH AVENUE INC., ROSIE CHIN    :
a.k.a. HEONG TING GEOK a.k.a.        :
HEONG G. CHIN a.k.a. CHIN G. HEONG,  :
and CHIN CHEOW CHIN a.k.a. PATRICK   :
CHIN, and CHIN C. HEOW a.k.a. CHIN   :
C. CHEOW,                            :
            Defendants.              :
- - - - - - - - - - - - - - - - - - -:
```

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 4/14/08

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on April 14, 2008, it is hereby ORDERED as follows:

1. By April 30, 2008, defendants shall make their Rule 26(a)(1) disclosures and shall provide full responses to all outstanding discovery reqests.

2. All discovery shall be completed by August 29, 2008.

3. The pretrial order shall be submitted by September 30, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated: New York, New York
       April 14, 2008

Copies mailed this date:

William R. Miller, Jr., Esq.
Jane Yoon, Esq.
Deepika Bains, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Kenneth Kimerling, Esq.
Asian American Legal Defense
99 Hudson Street
New York, New York 10013

Anthony C. Emengo, Esq.
472 Union Avenue, Suite 1000
Williamsburg, New York 11211