UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
YONG F. KE, GUO W. LI, LI R. YOU, :
LI S. YOU, AND ZHI L. XIE, :
:
              Plaintiffs, :
:
      - against - :   No. 07-CV-6897 (BSJ)
:
85 FOURTH AVENUE INC., ROSIE CHIN :   NOTICE OF APPEARANCE
a.k.a. HEONG TING GEOK a.k.a. HEONG G. :
CHIN a.k.a. CHING G. HEONG, and CHIN :   Electronically Filed
CHEOW CHIN a.k.a. PATRICK CHIN a.k.a. :
CHIN C. HEOW a.k.a. CHIN C. CHEOW, :
:
              Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        April 14, 2008

                          DAVIS POLK & WARDWELL

                          By:  /s Deepika Bains
                               Deepika Bains (DB-4935)
                               450 Lexington Avenue
                               New York, New York  10017
                               (212) 450-4507
                               deepika.bains@dpw.com
                               *Attorneys for Plaintiffs*