UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONG F. KE, GUO W. LI, LI R. YOU,
LI S. YOU, AND ZHI L. XIE,

            Plaintiffs,

            - against -

85 FOURTH AVENUE INC., ROSIE CHIN
a.k.a. HEONG TING GEOK a.k.a. HEONG G.
CHIN a.k.a. CHING G. HEONG, and CHIN
CHEOW CHIN a.k.a. PATRICK CHIN a.k.a.
CHIN C. HEOW a.k.a. CHIN C. CHEOW,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-6897 (BSJ)

NOTICE OF APPEARANCE

Electronically Filed

       PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         June 12, 2008

                              DAVIS POLK & WARDWELL

                              By:  /s Schuyler J. Schouten
                                    Schuyler J. Schouten (SS-0513)
                                    450 Lexington Avenue
                                    New York, New York  10017
                                    (212) 450-4856
                                    schuyler.schouten@dpw.com
                                    *Attorneys for Plaintiffs*