UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YONG F. KE, GUO W. LI, LI R. YOU, LI S. YOU, and ZHI L. XIE,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>85 FOURTH AVENUE INC., ROSIE CHIN a.k.a. HEONG TING GEOK a.k.a. HEONG G. CHIN a.k.a. CHIN G. HEONG, and CHIN CHEOW CHIN a.k.a. PATRICK CHIN a.k.a. CHIN C. HEOW a.k.a. CHIN C. CHEOW,<br><br>　　　　　　　Defendants. | 07-cv-06897-BSJ-JCF<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for each of the Defendants.

I certify that I am admitted to practice in this court.

Dated: August 22, 2008                           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/SAMUEL CHUANG
　　　　　　　　　　　　　　　　　　　　　　SAMUEL CHUANG (SC 5114)
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Samuel Chuang, Esq.
　　　　　　　　　　　　　　　　　　　　　　135-11 40th Road
　　　　　　　　　　　　　　　　　　　　　　Flushing, NY 11354
　　　　　　　　　　　　　　　　　　　　　　(718) 353-4700
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 202-4527
　　　　　　　　　　　　　　　　　　　　　　Email: samuel.chuang@chuanglaw.com

## ATTORNEYS FOR PLAINTIFFS:

Jonathan L. Adler
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212)450-4190
Fax: (212)450-3190
Email: jonathan.adler@dpw.com

Deepika Bains
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212)-450-4507
Fax: (212)-450-3507
Email: deepika.bains@dpw.com

Schuyler John Schouten
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4856
Fax: (212) 450-3856
Email: schuyler.schouten@dpw.com

Kenneth Kimerling
Asian American Legal Defense
99 Hudson Street
New York, NY 11355
(212) 966-5932
Fax: 212 966 4303
Email: kkimerling@aaldef.org

Matteo Joshua Rosselli
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Fax: (212) 450-3921
Email: matteo.rosselli@dpw.com

Jane Hong-Mee Yoon
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212)-450-4466
Fax: (212)-450-3466
Email: jane.yoon@dpw.com

William Ross Miller, Jr.
Davis Polk & Wardwell
New York, NY 10017
(212) 450-4815
Fax: (212) 450-3815
Email: william.miller@dpw.com

### Attorney for Defendants:

ANTHONY C. EMENGO
472 Union Avenue Ste 1000,
Williamsburg, New York 11211
(718) 937-8000

- 3 -

## CERTIFICATION OF SERVICE

    SAMUEL CHUANG, hereby declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that that he served or caused to be served the foregoing paper(s) (NOTICE OF APPEARANCE), on the attorneys for the plaintiffs, and the attorney for defendants, as stated above, by filing the same with this Court via the CM/ECF electric filing system.

August 22, 2008

                                          s/SAMUEL CHUANG
                                          SAMUEL CHUANG