DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONG F. KE, GUO W. LI, LI R. YOU,
LI S. YOU, AND ZHI L. XIE,

    Plaintiffs,

- against -

85 FOURTH AVENUE INC., ROSIE CHIN
a.k.a. HEONG TING GEOK a.k.a. HEONG G.
CHIN a.k.a. CHING G. HEONG, and CHIN
CHEOW CHIN a.k.a. PATRICK CHIN a.k.a.
CHIN C. HEOW a.k.a. CHIN C. CHEOW,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 6897 (BSJ) (JCF)

STIPULATION AND ORDER
TO EXTEND DISCOVERY

ECF CASE

  WHEREAS an Order dated and entered on April 14, 2008 established a deadline for discovery of August 29, 2008 and a deadline for submission of a pretrial order on September 30, 2008,

  WHEREAS the parties have not previously requested an extension of discovery from the Court,

  IT IS HEREBY STIPULATED AND AGREED TO by and between the attorneys for Plaintiffs and Samuel J. Chuang, who appeared in this action on August 25, 2008 as counsel for Defendants, that:

> Defendants shall respond to the outstanding discovery requests set forth in Plaintiffs' letter dated August 19, 2008 to United States Magistrate Judge Francis by or before Friday, September 5, 2008;

> Defendants Rosie Chin and 85 Fourth Avenue Inc. shall make themselves available for deposition by Plaintiffs during the week of September 22, 2008 at a date and time to be agreed upon by the parties;

The deadline for the completion of all discovery in this lawsuit shall be extended from August 29, 2008 to September 30, 2008 and the deadline for submission of the pre-trial order shall be extended from September 30, 2008 to October 31, 2008.

Dated: New York, New York
August 29, 2008

ASIAN AMERICAN LEGAL
DEFENSE & EDUCATION FUND

DAVIS POLK & WARDWELL

By: _____
Jane H. Yoon (JY 0415)

450 Lexington Avenue
New York, NY 10017
(212) 450-4000

*Attorneys For Plaintiffs*

LAW OFFICES OF SAMUEL
CHUANG, ESQ.

By: _____
Samuel J. Chuang (SC 5114)

135-11 40th Road
Flushing, NY 11354
(718) 353-4700

*Attorneys For Defendants*

Date: Aug. 29, 2008
New York, New York

SO ORDERED. _____
THE HON. JAMES C. FRANCIS IV, U.S.M.J.

2