```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
YONG F. KE, GUO W. LI, LI R. YOU,         :
LI S. YOU, and ZHI L. XIE,                :
                                          :
                    Plaintiffs,           :
                                          :  07 Cv. 6897 (BSJ)(JCF)
        v.                                :         Order
                                          :
85 FOURTH AVENUE INC., HEONG G.           :
CHIN a.k.a. ROSIE CHIN, CHIN CHEOW        :
CHIN a.k.a. PATRICK CHIN a.k.a.           :
CHIN C. HEOW a.k.a. CHIN C. CHEOW,        :
L S RESTAURANT INC., and LINDA CHEN,      :
                                          :
                    Defendants.           :
                                          :
------------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09

As the parties have mutually consented to a bench trial on all counts in the above-captioned matter, Plaintiff's Motion to Strike Defendants' Untimely Jury Demand and for a Separate Bench Trial as to Counts I, II, III, IV and V of the Second Amended Complaint is DISMISSED as moot.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 19, 2009

1